IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN PAYETTE,

    Plaintiff,

v.

SHERIFF RANDY HOENISCH, BOB
DICKMAN, SETH WISKOW, DENNIS
ROTHERING, CARY PELLOWSKI,
DEBRA GLEASON, SHEILA
WESTCOTT, MICHAEL SCHAEFER
and WILLIAM BEAUDRY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-242-bbc

---

This action came before the court and a jury with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS ENTERED:

(1)    GRANTING defendants Cary Pellowski and William Beaudry's motion for summary judgment with respect to plaintiff Allen Payette's illegal strip search claim;

(2)    GRANTING defendants Randy Hoenisch, Cary Pellowski, Debra Gleason, Sheila Westcott, Michael Schaefer and Dennis Rothering's motion for summary judgment with respect to plaintiff's claim of deliberate indifference; and

(3)    DISMISSING the claims of deliberate indifference against defendants Bob

Dickman and Seth Wiskow with prejudice.

Approved as to form this 21st day of August, 2009.

_____
BARBARA B. CRABB,
DISTRICT JUDGE


_____          AUG 2 4 2009
Peter Oppeneer, Clerk of Court                    Date