IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALLEN PAYETTE,

                                                                                                 MEMORANDUM

                    Plaintiff,

                                                                                                07-cv-242-bbc

       v.

BOB DICKMAN;
and SETH WISKOW,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Following a trial on plaintiff Allen Payette's claim that defendants Bob Dickman and Seth Wiskow were deliberately indifferent to his mental health needs in violation of the Eighth Amendment, the jury returned a verdict in favor of defendants. Plaintiff, who was represented by Adam Walsh, has independently filed two motions for a new trial as well as a motion for transcripts. Walsh has filed a motion to withdraw from his representation of plaintiff.

      Before granting the motion, I will need to know whether plaintiff has any objection to it and if so, the grounds for his objections. Therefore, I will reserve a ruling on the motion to withdraw until plaintiff has had an opportunity to advise the court of his position on the

1

motion.  If plaintiff does not respond to this opportunity to be heard by September 14, 2009, I will assume he has no objection.  In that event, the motion will be granted.

Entered this 4th day of September, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge