IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALLEN PAYETTE,

               ORDER

      Plaintiff,

               07-cv-242-bbc

    v.

BOB DICKMAN
and SETH WISKOW,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   After a jury found for defendants in this action, plaintiff Allen Payette filed two motions for a new trial as well as a notice of appeal.  In a November 23, 2009 order, I denied plaintiff's motions for a new trial and granted him leave to proceed in forma pauperis on his appeal.  Now plaintiff has filed a motion to stay the appeal and a motion of extension of time to file his appellate brief until he receives a copy of the trial transcript.  I must deny these motions because these requests must be made to the court of appeals rather than this court.  In addition, I note that this issue appears to be moot because plaintiff filed his appellate brief on January 11, 2010, and the brief included citations to the trial transcript.

1

ORDER

IT IS ORDERED that plaintiff Allen Payette's motion to stay the appeal, dkt #246,

and motion for an extension of time to file his appellate brief, dkt. #247, are DENIED.

Entered this 13th day of January, 2010.

BY THE COURT:

/s/

_____

BARBARA B. CRABB
District Judge

2